IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–18–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DILLON RAE BYERS, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion for Video Testimony.  (Doc. 23.)  The Government requests that Brian Frost with the Montana Department of Justice be allowed to testify at the upcoming suppression hearing via video conferencing.  (*Id.*)

IT IS ORDERED that the Motion (Doc. 23) is GRANTED.  The Government shall make arrangements for Mr. Frost to attend the suppression hearing via video conferencing.

DATED this 23rd day of September, 2020.

Dana L. Christensen, District Judge
United States District Court