IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DILLON RAE BYERS,<br><br>Defendant. | CR 20–18–BU–DLC<br><br><br><br>ORDER |

     Due to the recent COVID-19 outbreak at Crossroads Correctional Center in Shelby, Montana, the Court has reset the upcoming suppression hearing to be held via video conference. The attorneys may appear in person at the Russell Smith Courthouse in Missoula, Montana.

     The Court has been advised that Crossroads Correctional Center will provide a room for Defendant Dillon Rae Byers to attend the hearing by video conference for up to two hours. Accordingly, the parties shall introduce their evidence and make arguments within that timeframe.

     Finally, the parties shall ensure that all witnesses testifying remotely be provided with a copy of all exhibits relevant to their testimony in advance of the hearing.

IT IS ORDERED that the hearing set for Thursday, October 15, 2020 is VACATED and RESET via video conference on Thursday, October 15, 2020 at 9:30 a.m. If the Defendant objects, he shall file a motion at his earliest convenience.

DATED this 2nd day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court