IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DILLON RAE BYERS,<br><br>Defendant. | CR 20–18–BU–DLC<br><br><br><br>ORDER |

Before the Court is the Government's Unopposed Motion for Video Testimony.  (Doc. 31.)  The Government requests that Montana Probation and Parole Officer Sean Daly be permitted to testify at the upcoming suppression hearing by video conferencing.  (*Id.*)

IT IS ORDERED that the Motion (Doc. 31) is GRANTED.  Mr. Daly shall appear at the November 6, 2020 hearing by video conference.

DATED this 2nd day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court